FILED

DEC 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LANARE WISE, | No. C 12-05931 EJD (PR) |
|---|---|
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| vs. | |
| RONALD M. WHYTE, Judge, | |
| Respondent. | |

On November 20, 2012, Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1651. On the same day, the Clerk of the court sent a notice to Petitioner that he had not paid the $350 filing fee or filed an application to proceed *In Forma Pauperis* ("IFP"). (Doc. No. 2.) Petitioner was advised that he must respond within thirty days to avoid the action being dismissed. Petitioner has filed a letter in which he requests additional time to file an IFP application. (Doc. No. 3.)

In the interest of justice, Petitioner is granted an extension of time to either pay the $350.00 filing fee or in the alternative, file a complete IFP application. Petitioner must pay the fee or file a completed IFP application **no later than thirty (30) days** from the date this order is filed.

DATED: 12/26/12

EDWARD J. DAVILA
United States District Judge

Order Granting Extension of Time to file IFP Application
G:\PRO-SE\SJ.EJD\1Adam to Review\05931Wise_eot-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LANARE WISE,

        Plaintiff,

v.

RONALD M WHYTE et al,

        Defendant.

Case Number: CV12-05931 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lanare Wise T76040
New Folsom State Prison
P. O. Box 290066
Represa, CA 95671

Dated: December 27, 2012

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk