**FILED**

JAN 08 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARE WISE,<br><br>　　　　Petitioner,<br><br>vs.<br><br>RONALD M. WHYTE, Judge,<br><br>　　　　Respondent. | No. C 12-05931 EJD (PR)<br><br>JUDGMENT |

For the reasons stated in the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

The clerk shall close the file.

DATED: 1/7/13

EDWARD J. DAVILA
United States District Judge

Judgment
05931Wise_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARE WISE,<br><br>      Petitioner,<br><br>v.<br><br>RONALD M. WHYTE, Judge,<br><br>      Respondent. | Case Number CV 12-05931 EJD (PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _11/08/13_, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Lanare Wise**
T76040
New Folsom State Prison
P. O. Box 290066
Represa, CA 95671

DATED: _1/08/13_

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk